# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISIOIN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **WILLIAM RONALD BLACKMAN,** Defendant. | **CR 22-48-GF-BMM** **ORDER** |

Pending before the Court is the motion of the United States to correct the superseding indictment by interlineation to change the location of the offenses from Heart Butte to Browning. The motion is unopposed. Therefore,

IT IS ORDERED that each count of the superseding indictment shall read "**at Browning**" rather than "at Heart Butte."

DATED this 30th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

1