UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM RONALD BLACKMAN,<br><br>    Defendant. | CR-22-48-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 22nd day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court